UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RICHMOND ACHEAMPONG, )
)
    Petitioner, )
)
vs. ) Civil Action Number
) 4:17-cv-00434-AKK-JHE
WARDEN SCOTT HASSELL, *et al.*, )
)
    Respondents. )

## MEMORANDUM OPINION

On March 20, 2017, Richmond Acheampong filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. At the time he filed his petition, Acheampong, a native of Ghana, was incarcerated at the Etowah County Detention Center, in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). In his petition, Acheampong alleged that he was being illegally detained by ICE pending his deportation to Ghana. *See generally* doc. 1.

On June 13, 2017, Acheampong was released from ICE custody and removed from the United States to Ghana. Docs. 8; 8-1. Respondents have filed a motion to dismiss the action as moot, since Acheampong is no longer in ICE custody. Doc. 8.

After consideration of the record in this case and respondents' motion to dismiss, the court finds that Acheampong's removal to Ghana has rendered his habeas corpus petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.

2003) (citations omitted); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this case. *See Carafas v. LaVallee*, 391 U.S. 234, 237 (1968); *Murphy v. Hunt*, 455 U.S. 478, 482 (1982). Therefore, because there is no longer any relief that can be granted to Acheampong, his petition is due to be dismissed as moot.

A final judgment will be entered contemporaneously herewith.

**DONE** the 20th day of June, 2017.

                                              _____
                                              **ABDUL K. KALLON**
                                           UNITED STATES DISTRICT JUDGE